UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRYAN ANDREWS,

    Plaintiff,

  v.

OFFICER R. JUNG, *et al.,*

    Defendants.

_____/

No. C 12-4614 LB

**ORDER TO SHOW CAUSE**

  The court scheduled a case management conference for August 15, 2013.  Defendants' counsel appeared, but Plaintiff, who is representing himself, did not.  He did authorize the filing of the parties' joint case management conference statement and has been in communication with Defendants' counsel by email.  Under the circumstances, the court resets the case management conference for August 22, 2013, at 11:00 a.m.   Plaintiff is warned that if he does not appear on August 22, 2013, the case may be dismissed for failure to prosecute it.  If the date is not convenient, he must confer with Defendants' counsel by no later than Monday, August 19, 2013, and the parties may jointly request a new date for any Thursday in September at 11:00 a.m.  But Plaintiff must either do that or appear on August 22, 2013 and his case may be dismissed if he does not comply. The court will email this to Plaintiff at thekaper@gmail.com.

Dated: August 15, 2013

                   _____
                   LAUREL BEELER
                   United States Magistrate Judge

ORDER C 12-4614 LB