UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYAN ANDREWS,<br><br>      Plaintiff,<br><br>    v.<br><br>OFFICER R. JUNG, *et al.,*<br><br>      Defendants.<br>_____/ | No. C 12-4614 LB<br><br>**ORDER RE DEFENDANTS 10/18/2013 DISCOVERY LETTER** |

    Defendants' counsel filed a letter about the parties' outstanding discovery issues. *See* ECF No. 50. The court held a hearing on October 24, 2013 and ordered Mr. Andrews to respond to Defendants' interrogatories by November 8, 2013 and appear for his deposition on December 10, 2013. The court appreciates that scheduling around work always poses issues, but Mr. Andrews brought this litigation and must participate in it. Mr. Andrews also has the court's handbook for litigants representing themselves. If Mr. Andrews does not comply with his discovery obligations and this order, he may be subject to monetary or other appropriate sanctions. These include the following: (a) the defendants' attorney's fees incurred in compelling Mr. Andrews to comply with his discovery obligations; (b) the possibility of other monetary sanctions for refusal to cooperate with discovery; and (c) ultimately, a case-dispositive sanction that would result in a judgment in favor of Defendants.

    Mr. Orebic must notify the court of any issue with the interrogatories by November 12, 2013 at 10:00 a.m. The court will have a telephonic discovery conference about any issues on November 14, 2013 at 11:00 a.m.

Dated: October 25, 2013

                                                                                                _____<br>
                                                                                                LAUREL BEELER<br>
                                                                                                United States Magistrate Judge

ORDER<br>
No. C 12-4614 LB