UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRYAN ANDREWS,

    Plaintiff,

v.

OFFICER R. JUNG, *et al.,*

    Defendants.

No. C 12-4614 LB

**ORDER TO SHOW CAUSE**

The parties had a settlement conference scheduled today with Magistrate Judge Jacqueline Scott Corley.  Everyone waited for Mr. Andrews for 45 minutes, but he did not appear.  *See* ECF No. 59.  The courtroom deputy called him and reached only his voicemail.  *See id.*  Defendant's counsel said that he reminded him by email of the settlement conference earlier in the week.  *See id.*  A case management conference is set for January 23, 2014.  Defendants' counsel emailed Mr. Andrews because the parties are supposed to file a joint status statement, but he never heard back from Mr. Andrews.  *See* ECF No. 58 at 1-3.

The court previously warned Mr. Andrews after he failed to appear for a status conference and the potential consequence of having his case dismissed for failure to prosecute if he did not appear.  *See* ECF No. 43.  Plaintiff is warned that if he does not appear for the scheduled case management conference on January 23, 2014, his case may be dismissed for failure to prosecute it.  The court will email this to Plaintiff at thekaper@gmail.com.

Dated: January 17, 2014

                                      LAUREL BEELER
                                      United States Magistrate Judge

ORDER C 12-4614 LB